# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JERRON TAYLOR**                                    **PLAINTIFF**
**ADC #151346**

**v.**                          **No. 4:19-cv-559-DPM**

**WALKER JOHNSTON, Officer,**
**Little Rock Police Department,**
**KENNETH McMAHAN, Officer,**
**Little Rock Police Department**                **DEFENDANTS**

## ORDER

The 16 August 2019 Judgment contains a scrivener's error: it should have dismissed Taylor's complaint with prejudice, as the Court's accompanying Order stated. № 5 & № 6. The Court will enter an amended Judgment correcting this mistake. FED. R. CIV. P. 60(a).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*19 August 2019*