# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JERRON TAYLOR**  
ADC #151346                                         PLAINTIFF

v.                          No. 4:19-cv-559-DPM

**WALKER JOHNSTON, Officer,**  
Little Rock Police Department,  
**KENNETH McMAHAN, Officer,**  
Little Rock Police Department                      DEFENDANTS

## AMENDED JUDGMENT

Taylor's complaint is dismissed with prejudice.

_____  
D.P. Marshall Jr.  
United States District Judge

19 August 2019